WR-82,831-01
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 2/6/2015 3:39:05 AM
Accepted 2/6/2015 9:42:33 AM
ABEL ACOSTA
CLERK

**IN THE TEXAS COURT OF CRIMINAL APPEALS**

| | | |
|---|---|---|
| **STATE OF TEXAS** | § | RECEIVED |
| | § | COURT OF CRIMINAL APPEALS |
| | § | 2/6/2015 |
| **v.** | § | CASE NO. _____ABEL ACOSTA, CLERK |
| | § | |
| **LUIS SOLIS GONZALEZ** | § | |

## MOTION FOR LEAVE TO FILE EMERGENCY WRIT OF MANDAMUS

That Respondent Honorable Judge Luis Aguilar is the duly elected and qualified judge of the 243rd Judicial District Court. By virtue of his office, Respondent has jurisdiction over the instant case in which Defendant/Relator is seeking relief.

Defendant/Relator seeks relief in the instant case from Respondent's abuse of discretion, to wit; Respondent has ordered Defendant/Relator to trial for a capital offense in which State is seeking the death penalty before required DNA testing of biological evidence has been completed, in violation of T.C.C.P. 38.43.

The act or acts that Defendant/Relator seeks to compel of Respondent are ministerial, rather than discretionary.

Defendant/Relator has no other adequate remedy at law to compel Respondent to grant the above request.

WHEREFORE, PREMISES CONSIDERED Defendant/Relator's right to Due Process, as guaranteed by the Fifth and Fourteenth Amendments to the *United States Constitution;* and Art. I, Sec. 10 and Sec. 19 of the *Texas Constitution;* and Art. 38.43 of the *Texas Code of Criminal Procedure,* has been denied and the Defendant/Relator is entitled to a writ of mandamus to compel the Honorable Trial Judge to grant the instant requests.

Respectfully submitted,

**JOE A. SPENCER**
**ATTORNEY AND COUNSELOR AT LAW**
1009 Montana Ave.
El Paso, Texas 79902
(915) 532-5562
(915) 532-7535 fax


_____/s/_____

**JOE A. SPENCER**
State Bar No. 18921800


**JOSHUA C. SPENCER**
**ATTORNEY AND COUNSELOR AT LAW**
1009 Montana Ave.
El Paso, Texas 79902
(915) 532-5562
(915) 532-7535 fax


_____/s/_____

**JOSHUA C. SPENCER**
State Bar No. 24067879


## CERTIFICATE OF SERVICE

The undersigned does hereby certify that a copy of the above motion was sent by hand delivery

to State's Assistant District Attorney, Denise Butterworth and to the trial court: the Honorable

Luis Aguilar, 243rd District Court of El Paso County, Texas.


_____/s/_____

**JOE A. SPENCER**